UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDO GONZALEZ,

                Plaintiff,

        -against-

BETTER DAYS DAYCARE, ET AL.,

                Defendants.

25-CV-2490 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

      Plaintiff Alfredo Gonzalez, who is proceeding *pro se* and *in forma pauperis* ("IFP"), filed his original complaint in this matter on March 24, 2025. (ECF 1.) On July 15, 2025, Plaintiff filed an amended complaint ("first amended complaint") and a motion for leave to amend. (ECF 6.) Plaintiff filed the first amended complaint of his own accord, in other words, not in response to a court order.[1]

      By order dated September 4, 2025, but not entered on the docket until September 10, 2025, the Court: (1) treated the first amended complaint, ECF 6, as the operative complaint; and (2) directed Plaintiff to file a second amended complaint, because the first amended complaint did not state a plausible claim for relief. (ECF 9.) Plaintiff submitted a letter on September 5, 2025, likely before he received the Court's order to amend, asking the Court to "consider [his] motion to amend [his] complaint." (ECF 9.) Plaintiff has not filed a second amended complaint or otherwise communicated with the Court.

---

[1] Under Rule 15(a) of the Federal Rules of Civil Procedure, a plaintiff may amend his complaint once as of right within a certain timeline. *Id.* Because Plaintiff's filing of the first amended complaint was permitted under Rule 15(a), he did not need this Court's permission to file it.

The Court grants Plaintiff a final opportunity to file a second amended complaint that addresses the deficiencies set forth in the September 4, 2025 order. Plaintiff must file a second amended complaint within 30 days from the date of this order. Failure to comply will result in dismissal of this action for the reasons set forth in the September 4, 2025 order. No further extensions of time will be granted.

## CONCLUSION

Within 30 days from the date of this order, Plaintiff must file a second amended complaint. No summons will issue at this time. If Plaintiff fails to comply within the time allowed, and cannot show good cause to excuse such failure, this action will be dismissed for the reasons set forth in the September 4, 2025 order.

SO ORDERED.

Dated:   November 4, 2025
         New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.