UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDO GONZALEZ,

                              Plaintiff,

           -against-

BETTER DAYS DAYCARE; THEO GOULD;
ISABEL ZELSTER; STEVEN FRUCHTER,

                              Defendants.

25-CV-2490 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By submission filed on November 5, 2025, Plaintiff has advised the Court that he wishes to withdraw his complaint.[1] (ECF 11.) The Court grants Plaintiff's request. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a).[2]

SO ORDERED.

Dated:    November 12, 2025
          New York, New York

                                        _Louis L. Stanton_
                                        Louis L. Stanton
                                        U.S.D.J.

---

[1] Although the complaint was never served, counsel for defendants filed a notice of appearance (ECF 7), and also signed the stipulation of voluntary dismissal. (ECF 11.)

[2] A voluntary dismissal under Fed. R. Civ. P. 41(a) is without prejudice. "But if the plaintiff previously dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).